```
                                                              FILED
                                                          January 7, 2009
         UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                                         EASTERN DISTRICT OF
             EASTERN DISTRICT OF CALIFORNIA                   CALIFORNIA

                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )     Case No. 2:07CR0455-WBS
        Plaintiff,                )
v.                                  )     ORDER FOR RELEASE OF
                                    )     PERSON IN CUSTODY
RUBEN CHANDLER BARKSDALE,           )
                                    )
        Defendant.                )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  RUBEN CHANDLER BARKSDALE , Case No. __2:07CR0455-WBS__ , Charge __18USC § 3606__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    ___  Bail Posted in the Sum of $___

        ___  Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

        ___  Corporate Surety Bail Bond

    **✔**  (Other)     __Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 7, 2009__ at __2:45 pm__ .

                By  /s/ Gregory G. Hollows
                      Gregory G. Hollows
                      United States Magistrate Judge

Copy 5 - Court