# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RUBEN CHANDLER BARKSDALE** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:07CR00455-01**<br><br>Rachelle Barbour, Asst. Federal Defender<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]     admitted guilt to violation of charge(s) 1   as alleged in the supplemental violation petition filed on 1/20/2009 .
[ ]     was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on _____ .
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance | 11/25/2008 |

The court: [ ] revokes: [ ] modifies: [✔] continues under same conditions of supervision heretofore ordered on 3/29/1996, with additional special conditions as noted on page 2 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     Charge(s) _____ is/are dismissed, upon motion made by the Government.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 23, 2009
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

**William B. Shubb, United States District Judge**
Name & Title of Judicial Officer

March 2, 2009
Date

AO 245B-CAED (Rev. 3/04) Sheet 4 - Special Conditions of Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 2:07CR00455-01 | Judgment - Page 2 of 2 |
| DEFENDANT: | RUBEN CHANDLER BARKSDALE | |

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in and complete the probation office's Intermediate Sanction Program as directed by the probation officer.